FILED
6/21/18 4:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: SHAWN C. PRESTON<br>DANA A. PRESTON<br>               **Debtors**<br><br>**Branch Banking & Trust Company**<br>               **Movant**<br>v.<br><br>**Shawn C. Preston**<br>**Dana A. Preston**<br>               **Respondents** | BANKRUPTCY CASE<br>NO.: 18-10349<br><br>CHAPTER 13<br><br>Related to Document No. 34 |

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

AND NOW, upon consideration of the Motion of Branch Banking and Trust Company ("Movant") for relief from the automatic stay pursuant to 11 U.S.C. Section 362(d)(1), it is hereby

ORDERED that, pursuant to Section 362(d)(1) of the Bankruptcy Code, the automatic stay of Bankruptcy Code Section 362(a) is terminated so as to permit Movant to sell that certain 2015 Hyundai Elantra, VIN KMHD35LH5FU250273.

Dated: June 21, 2018

_____
Thomas P. Agresti, U.S.B.J.