## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 18-10349-TPA** |
| | : | |
| **Shawn C. Preston and Dana A. Preston** | : | **Chapter 13** |
| *Debtors* | : | |
| | : | **Related to Claim No. 13** |
| | : | |
| **Stearns Lending LLC,** | : | |
| *Movant* | : | |
| vs. | : | |
| | : | |
| **Shawn C. Preston, Dana A. Preston,** | : | |
| **and Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

**NOW**, this **1st day of May 2019,** upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Stearns Lending LLC** at **Claim** *No. 13* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, inasmuch as the property securing this claim was surrendered under the plan and no payments are being made on this claim.

Dated: May 1, 2019

                By    <u>/s/ Rebeka A. Seelinger, Esquire</u>
                         Rebeka A. Seelinger, Esquire
                         Pa. I.D. #93897
                         4640 Wolf Rd
                         Erie, PA 16505
                         (814)-824-6670
                         E-Mail: rebeka@seelingerlaw.com