IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No. 18-10349 TPA |
| | : | |
| Shawn C. Preston | : | |
| Dana A. Preston | : | |
|     Debtors | : | |
| | : | |
| | : | |
| | : | |
| Dana A. Preston | : | |
|     Movant | : | Chapter 13 |
| | : | |
| v. | : | |
| | : | Document No._____ |
| Beacon Communities LLC | : | |
|     Respondent | : | |

**MOTION FOR ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT**

The undersigned respectfully represents as follows:

1. A Chapter 13 case was filed.

2. It appears that the Debtor receives regular income from **Beacon Communities LLC** which may be attached under 11 U.S.C. §1326 to fund the Chapter 13 Plan.

3. The likelihood of success in the case will be much greater if the Debtor's income is attached to fund the plan.

**WHEREFORE**, the Debtor respectfully requests that this Court enter an Order to Pay Trustee.

/s/ Rebeka A. Seelinger Esq._____
Signature of Attorney for Debtor

Rebeka A. Seelinger Esq._____
Typed Name of Attorney for Debtor

_4640 Wolf Rd Erie PA 16505_____
Address of Attorney for Debtor

(814) 824 6679   PA ID 93897   rebeka@seelingerlaw.com